IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v.

COSMED GROUP, INC.,
Defendant.

Civil Action No. CA 05 353 ML

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE FOR 30-DAY PUBLIC COMMENT PERIOD**

The attached proposed Consent Decree is hereby lodged with the Court, pursuant to 28 C.F.R. § 50.7, for public comment. Notice of the lodging of this Consent Decree, and the opportunity to comment thereon, will then be published in the Federal Register. The United States will then receive public comments on the proposed Consent Decree for the requisite 30-day public comment period. During the pendency of the public comment period, no action is required of this Court. After the public comment period has expired, the United States will consider any comments timely received and further notify the Court concerning whether, in light of those comments, the settlement is in the public interest.

**In the meantime, the United States requests that the Court take no action with respect to the lodged Consent Decree until the United States moves for the entry of the Consent Decree or otherwise advises the Court.**

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Envir. and Natural Resources Div.
United States Department of Justice

Dated: 8-16-05

HUGH W. MARTINEZ, B.B.O. #552196
DOJ Special Attorney
Environmental Enforcement Section
Envir. and Natural Resources Div.
United States Department of Justice

U.S. Environmental Protection Agency
One Congress Street, Suite 1100 (SEL)
Boston, MA 02114-2023
(617) 918-1867

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant United States Attorney
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000

OF COUNSEL:

HUGH W. MARTINEZ
Senior Enforcement Counsel
Office of Environmental Stewardship
U.S. EPA Region 1 - New England
1 Congress Street
Suite 1100 (SEL)
Boston, Massachusetts 02114-2023
(617) 918-1867

JOANNA S. GLOWACKI
Associate Regional Counsel
Office of Regional Counsel
U.S. EPA Region 5 (C-14J)
77 W. Jackson Boulevard
Chicago, Illinois 60604-3590
(312) 353-3757

JOHN F. DOLINAR
Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA Region 2
290 Broadway, 16th Floor
New York, New York 10007-1886
(212) 637-3204

PATRICIA CAPPS WELTON
Assistant Regional Counsel
U.S. EPA Region 6
1445 Ross Avenue (6RC-EA)
Dallas, Texas 75202-2733
(214) 665-7327

DANIEL REICH
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street (RC-2-2)
San Francisco, CA 94105
(415) 972-3911

DENNIS M. ABRAHAM
Senior Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA Region 3 (3RC10)
1650 Arch Street
Philadelphia, PA 19103-2029
(215) 814-5214

CHARLES GARLOW
Attorney Advisor
Air Enforcement Division
US EPA Headquarters
Mail Code 2242A
1200 Pennsylvania Ave, N.W.
Washington, D.C. 20460
202-564-1088