# ATTACHMENT A TO THE MEMORANDUM IN SUPPORT OF THE UNOPPOSED MOTION OF THE UNITED STATES TO ENTER THE CONSENT DECREE

*United States v. Cosmed Group, Inc., CA 05 353 ML (D.RI)*

public comment on federal rgister of 82505 pg 49950.txt

From: jeanpublic@yahoo.com
Sent: Thursday, August 25, 2005 10:22 AM
To: Fleetwood, Tonia (ENRD)
Cc: rodney.frelinghuysen@mail.house.gov; gpoaccess@gpo.gov
Subject: public comment on federal rgister of 8/25/05 pg 49950

usdoj civil action o5353ML
Rhode Island U S District Court - Cosmed Settlement of pollution claims.

is the amount $500,000.00 or one million or $500 million dollars. If it is $500 million dollars it will be the largest settlement ever, wont it?

something seems very wrong and careless here.i think somebody needs to check what is going into the federal register.

b sachau
15 elm st
florham park nj 07932

Start your day with Yahoo! - make it your home page
http://www.yahoo.com/r/hs