**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2005, I forwarded a copy of the Unopposed Motion of the United States to Enter the Consent Decree and supporting memorandum, by postage prepaid mail, to:

Hugh W. Martinez
Senior Enforcement Counsel
U.S. Environmental Protection Agency, Region 1
One Congress Street
Suite 1100
Boston, MA 02114-2023

Todd R. Wiener, Esq.
Charles M. Gering, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 50505-5096

Peter Flynn, Esq.
U.S. Dept. of Justice
Environmental and Natural Resources Division
1425 New York Avenue, NW - Office NY11072
Washington, DC 20530

[signature]